APS-255                                                                 May 26, 2005

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **04-4535**

VINCENT GRAHAM
VS.
JOSEPH BROOKS, ET AL.
(D. Del. Civ. No. 04-cv-00150)

Present: SLOVITER, NYGAARD and FUENTES, Circuit Judges

Submitted are:

(1) Appellant's notice of appeal, which may be construed as a request for a certificate of probable cause; and

(2) By the Clerk is the within appeal for possible summary action pursuant to 3rd Circuit Local Appellate Rule 27.4 and Chapter 10.6 of the Court's Internal Operating Procedures

in the above-captioned case.

Respectfully,


Clerk

MMW/JJT/je/lwc

O R D E R

The foregoing request for a certificate of appealability is denied. Appellant has failed to demonstrate that jurists of reason would find debatable the District Court's dismissal without prejudice of Appellant's habeas corpus petition. See Miller-El v. Cockrell, 537 U.S. 322, 337-38 (2003). Accordingly, Appellant has failed to make a substantial showing of the denial of a constitutional right. See Slack v. McDaniel, 529 U.S. 473, 484 (2000); 28 U.S.C. § 2253(c)(2).

By the Court,

/s/ Richard L. Nygaard
Circuit Judge

Dated: June 15, 2005

A True Copy:

Marcia M. Waldron, Clerk

lwc/cc:   Mr. Vincent Graham
          Thomas E. Brown, Esq.