OFFICE OF THE CLERK

MARCIA M. WALDRON  **UNITED STATES COURT OF APPEALS**  TELEPHONE
CLERK  FOR THE THIRD CIRCUIT  215-597-2995
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

___Delaware___ Clerk of District Court        Date___06/16/05___
(District)

___Graham vs. Brooks___        C. of A. Nos. ___04-4535___
(Caption)

___Vincent Graham___
(Appellant)

___04-cv-00150___ KAJ
(D.C. No.)
Enclosures:

_____ Certified copy of C. of A. Order by the Court.
(Date)

*  ___XXXX___    Record Returned

*  _____    Supplemental Records Returned

*  _____    Exhibits

*  _____    State Court Record

___XXXX___    Copy of this form to acknowledge receipt and return to C. of A.

_____    Record not returned at this time until appeal(s) closed at No.(s)_____

_____    Please forward Record to this office.

_____    The certified copy of order issued as the mandate on_____
              is recalled.

                        _[signature]_              (267)-299-_4915_
                         Deputy Clerk              Telephone Number

                     *  _[signature]_              (267)-299-_7914_
                         Record Processor          Telephone Number

Receipt Acknowledge:
_E L Strickler_
(Name)                                   06-16-05
_6/20/05_
(Date)
Rev. 3/13/00
Appeals (Record)

FILED 2005 JUN 17 PM 12:20 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE